FILED
March 10, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

1-23CV-0052H

| | |
|---|---|
| GARIOUN MARTIN,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR COUNTY AND OFFICE OF THE ATTORNEY GENERAL CHILD SUPPORT DIVISION,<br><br>Defendants, | Civil Action No.: ______<br><br>**NOTICE OF CLAIM**<br>**DEPRIVATION OF RIGHTS UNDER COLOR OF LAW 42 U.S.C. § 1983,**<br>**CONSPIRACY AGAINST RIGHTS 18 U.S.C. § 241,**<br>**TRIAL BY JURY IS DEMANDED** |

**PLANTIFF'S ORIGINAL COMPLAINT**

# TABLE OF CONTENTS


| | Page(s) |
|---|---|
| Table of Authorities | iii |
| Complaint | 1 |
| Jurisdiction | 1 |
| Nature of Action | 1 |
| Parties | 1 |
| Pro Se Pleadings | 2 |
| Courts and Judges Must Protect | 2 |
| Private Business Liability | 3 |
| Municipal Liability | 6 |
| Claims | 10 |
| Rooker Feldman and Younger Abstention Doctrines | 33 |
| Jury Demand | 38 |
| Prayer | 38 |

# TABLES OF AUTHORITES

**Cases:** **Page(s)**

*Abraham v. Beatrice Foods Co.,*

418 F. Supp. 1384 - Dist. Court, ED Wisconsin (1976)……………………………………………29

*Barquis v. Merchants Collection Assn*, Cal: Supreme Court (1972)…………………………........14

*Benn v. County of Los Angeles,*

Cal: Court of Appeal, 2nd Appellate Dist., 7th Div. (2007)………………………………………37

*Blessing v. Freestone*, 520 US 329 - Supreme Court (1997)……...................13, 16, 26, 30, 33, 36

*Buckley v. Alameida*, Dist. Court, ED California (2011)…………………………………………...31

*Byars v. United States*,

273 U.S. 28, 47 S. Ct. 248, 71 L. Ed. 520 – Supreme Court (1927)………………………………3

*Clearfield Trust Co. v. United States*, 318 US 363 – Supreme Court (1943)……………………..6

*Connick v. Thompson*, 131 S. Ct. 1350, 1359 (2001)……………………………………………..7

*Coppage v. Kansas,* 236 U.S. 1 – Supreme Court (1915)………………………………………29

*Fox v. Malinowski*, Dist. Court, MD Pennsylvania (2019)………………………………………..2

*Goldstein v. Murland*, 2002 WL 1371747, at *1 E.D. Pa. June 24, (2002)……………...30, 34, 36

*Gross v. State of Illinois*,

312 F. 2d 257 – Court of Appeals, 7th Circuit (1963)……………………………………………2

*Hellenic Am. Neighborhood Action Comm. V. City of New York*,

101 F.3d 877, 882 (2nd Cir. 1996)……………………………………………………………..30

*HIGH POINT, LLLP v. UNITED STATES NATIONAL PARK SERVICE*,

Dist. Court, SD Georgia (2015)………………………………………………………...11, 34

*Hill v. San Francisco Housing Authority*,

207 F. Supp. 2d 1021 - Dist. Court, ND California, (2002)……………………………………..31

*Holmberg v. Holmberg*, 588 NW 2d 720 - Minn: Supreme Court 1999………………………...22

*Holmby Productions, Inc. v. Vaughn*,

282 P. 2d 412 – Kan: Supreme Court (1955)……………………………………………………18

*J. McIntyre Machinery, Ltd. V. Niicastro*,

131 S. Ct. 2780 – Supreme Court (2011)…………………………………………………...14

*Johnson vs. State of New York, Monroe City Child Support Enforcement Unit,*

21 Fed. App'x, 41, 43 (2d Cir. 2001)……………………………………………………………...6

*Jones v. Town of East Haven*, 691 F.3d 72, 80 (2d Cir 2012)……………………………………8

*JORITZ v. University of Kansas*, Kan: Court of Appeals (2022)…………………………………2

*Mason v. Bradley*, 789 F. Supp. 273 - Dist. Court, ND Illinois (1992)……………………........5, 26

*Mayhew v. Town of Sunnyvale*, 964 SW 2d 922 - Tex: Supreme Court (1998)....................33

*Miranda v. Arizona*, 384 US 436 - Supreme Court (1966)..........................................25

*MYMEDICALRECORDS, INC. v. Walgreen Co.*, Dist. Court, CD California 2014.................2

*Murray's Lessee v. Hoboken Land & Improvement Co. 59 U.S. 272 (1856)*...................17, 28

*Reitz v. Woods*, Dist. Court, ND Texas (2021)............................................9, 15, 19, 38

*Russell v. Hartford Cas. Ins. Co.*,

548 SW 2d 737 - Tex: Court of Civil Appeals, 3rd Dist. (1977)....................................23

*Saldano v. State,* 70 SW 3d 873 - Tex: Court of Criminal Appeals (2002)..........................5

*Seubert v. Seubert*, 13 P. 3d 365 – Montana Supreme Court (2000)................................18

*Shaughnessy v. United States ex rel. Mezei*, 345 U.S. 206, 218-219 (1953).......................17

*State ex rel. Babbitt v. Pickrell*, 545 P. 2d 936 - Ariz: Supreme Court (1976).....................32

*State V. Hunt*, Kan: Court of Appeals (2021).........................................................22

*State v. POSA*, Kan: Court of Appeals (2021).........................................................21

*TUMEY v OHIO* 273 U.S. 510 Supreme Court (1927)..........................................28, 33

*Truax v. Corrigan*, 257 US 312 - Supreme Court (1921).........................................28

*United States v. Bishop*, 412 US 346 - Supreme Court (1973)...............................8, 16, 30

*United States v. Burr*, 159 US 78 – Supreme Court (1895).........................................3

*US v. Day*, 591 F. 3d 679 – Court of Appeals, 4th Circuit (2010)……………………………..19

*Virginia v. Rives*, 100 US 313- Supreme Court (1880)…………………………………………21

*Wehunt v. Ledbetter,* 875 F. 2d 1558 - Court of Appeals, 11th Circuit (1989)…….........12, 26, 29

*Wells Fargo Bank v. Rolon,* 2009 NY Slip Op 31529 - NY: Supreme Court (2009)………..15, 34

*Williams v. State*, Tex: Court of Appeals, 2nd Dist. (2018)………………………………………23

*Willy v. ADMINISTRATIVE REVIEW BOARD*, Court of Appeals, 5th Circuit (2005)…………14

30 Cal 596; 167 Cal 762………………………………………………………………………19

**Constitutional Provisions, Statutes, and Codes**

U.S. CONST. Amend. 4…………………………………………………………………..20, 23

U.S. CONST. Amend. 5…………………………………………………………………24

U.S. CONST. Amend. 7…………………………………………………………………17

U.S. CONST. Amend. 13………………………………………………………………..29

U.S. CONST. Amend. 14………………………………………………………………..31

U.S. CONST. Article 3 § 1…………………………………………………1, 10, 15, 21, 28, 31

Tex. Const. Art. 2 § 1…………………………………………………………………….22

Tex. Const. Art. 5 § 1……………………………………………………………..............1, 31

1 U.S.C. § 204………………………………………………………………………………10

18 U.S.C. § 241 .......... 1, 5, 10

18 U.S.C. § 1589 .......... 29, 30

28 U.S.C. § 1331 .......... 1

28 U.S.C. § 1691 .......... 21, 23

31 U.S.C. § 3720(f)(1)(a) .......... 23

42 U.S.C. § 603(a)(5)(C)(iii)(III) .......... 29, 30

42 U.S.C. § 654(3) .......... 3, 39

42 U.S.C. § 654(7) .......... 12, 13, 16, 33

42 U.S.C. § 666(5)(H) .......... 29

42 U.S.C. § 666(a)(5)(C)(i) .......... 25

42 U.S.C. § 658(a) .......... 12

42 U.S.C. § 659(i) .......... 29

42 U.S.C. § 1301(a)(3) .......... 32

42 U.S.C. § 1983 .......... 1, 5, 6, 7, 8, 31

42 U.S.C. § 1994 .......... 29

31 C.F.R. § 285.11(f)(8) .......... 30

45 C.F.R. § 75.2 .......... 10

45 C.F.R. § 301.1..........3

45 C.F.R. § 302.34..........5, 7, 10, 13, 33, 39

45 C.F.R. § 303.11(12)..........32

45 C.F.R. 303.101(C)(2)..........25

45 C.F.R. § 303.107..........5, 7, 10, 16, 18, 33, 37

Federal Rules of Evidence 406..........16

N.J.A.C. 10:110-1A.1..........36

Texas Family Code 231.0011..........4, 8, 16, 26

Texas Local Government Code: Sec. 191.001..........20

UCC § 3-115..........22

**Other Authorities**

*A Good Investment:*

https://www.acf.hhs.gov/css/report/child-support-program-good-investment..........11, 13

*A Guide to an Employer's Role in the Child Support Program June 2015*

https://www.acf.hhs.gov/sites/default/files/documents/ocse/employer_guide.pdf..........23

*Black's Law Dictionary 4th Edition*..........6, 9, 10, 11, 13, 14, 15, 18, 21, 22, 23, 28, 36, 37

*Child Support Handbook for Employers Version 3.0*

https://docplayer.net/4292383-Child-support-handbook-for-employers-version-3-0-rev-06-14.html........20, 23

*Child Support Report Office of Child Support Enforcement Vol. 41 No. 1 January 2019*

https://www.acf.hhs.gov/sites/default/files/documents/ocse/january_2019_child_support_report.pdf........17, 24

*Directive #15-08*

http://www.gannlaw.com/onlineapp/researchtools/main/links/SCDIR/15-08.pdf........12, 15

*DCL 09-17*

https://www.acf.hhs.gov/archive/css/policy-guidance/paid-full-practices-guide-9........11, 37

*Essentials for Attorneys Chapter 6*

https://www.acf.hhs.gov/sites/default/files/documents/ocse/essentials_for_attorneys_06.pdf.....21

*Essentials for Attorneys Chapter 7*

https://www.acf.hhs.gov/sites/default/files/documents/ocse/essentials_for_attorneys_07.pdf

........26, 27

*Essentials for Attorneys Chapter 8*

https://www.acf.hhs.gov/sites/default/files/documents/ocse/essentials_for_attorneys_08.pdf.....30

*Federal Manual of Child Support*

https://www.govinfo.gov/content/pkg/GPO-CPRT-108WPRT108-6/pdf/GPO-CPRT-108WPRT108-6-2-8.pdf..........................................3, 6, 12, 14, 16, 18, 21, 22, 25, 27, 30, 35, 37

*Glossary of Common Child Support Terms 2013*

https://www.acf.hhs.gov/sites/default/files/documents/ocse/child_support_glossary.pdf

..........................................................................................4, 20, 34

*Hague Child Support Convention: Judicial Guide May 2018*

https://www.acf.hhs.gov/sites/default/files/documents/ocse/ocse_judicial_guide.pdf.................36

House.gov..................................................................................10

Lloydlawcollege.edu.in....................................................................21

*OCSE-PIQ-90-01*

https://www.dshs.wa.gov/sites/default/files/ESA/dcs/documents/OCSE_PIQ_90_99.pdf.....21, 33

*Office of the Administration for Children & Families*

https://www.acf.hhs.gov/css/about..........................................................................................37

*Rule 5101:12-1-80 IV-D Contracts: Overview and PAID In Full Practices Guide #7*

https://casetext.com/regulation/ohio-administrative-code/title-510112-child-support/chapter-510112-1-support-enforcement/section-510112-1-801-completing-the-iv-d-contract

..................................................................4, 6, 7, 10, 12, 14, 33, 35, 36, 37

*Ohio IV-D Contract*

https://lcapps.co.lucas.oh.us/carts/resos/23481.pdf....................10, 33

*Self-Represented Litigation Network Resource Guide Page*

https://www.srln.org/node/997/resource-resource-guide-serving-self-represented-litigants-remotely-srln-2016....................7, 8, 33, 35

*Texas Attorney General*

https://www.texasattorneygeneral.gov/child-support....................3, 13, 32, 35, 38

*Taylor County Cooperative Agreement Contract Number: 17-C0086*

https://oagtx.force.com/contracts/s/....................6, 10, 11

*Taylor County Domestic Relations Office*

https://www.taylorcountytexas.org/135/Domestic-Relations....................14, 24

*Vocabulary.com*....................12

*Wikipedia.com*....................5

# PLANTIFF'S ORIGINAL COMPLAINT

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE:**

NOW COMES Garioun Martin ("Plaintiff") files his Original Complaint against Taylor County, the 326th District Court and the Office of the Attorney General Child Support Division ("Defendants") in this deprivation of rights and conspiracy against rights suit.

## I. JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, as Plaintiff's causes of action arise under federal statutes: 42 U.S.C. § 1983 civil action for deprivation of rights under color of law and 18 U.S.C. § 241 conspiracy against rights.

## II. NATURE OF THE ACTION

1. This is an action against Defendants pursuant to 42 U.S.C. § 1983 and 18 U.S.C. § 241 on the grounds that the Plaintiff was deprived of his rights, privileges and immunities secured by the United States Constitution for profit by the Defendants and was given false misleading information meant to appear that the acts were part of the judicial branch in accordance with Article 3 § 1 of the U.S. Constitution and Tex. Const. Art. 5 § 1 and that the acts that were done were intended to benefit his child.

## III. PARTIES

1. Plaintiff, Garioun Martin, is a man residing 315 Walnut Street, Naples, Morris County, Texas 75568. Plaintiff is a citizen of the United States and the State of Texas.
2. Defendant, Taylor County, a private contractor, located at 400 Oak Street, Suite 300, Abilene, TX 79602.
3. Defendant, 326th District Court, a private contractor, located at 300 Oak Street, Suite 403, Abilene, TX 79602.

4. Defendant, Office of the Attorney General Child Support Division, a private business, located at 3444 N. 1st Street, Suite 300, Abilene, TX 79603.

## IV. PRO SE PLEADINGS

1. "Instead, "[a] brief must make all arguments accessible to the judges, rather than ask them to play archaeologist with the record." *DeSilva v. DiLeonardi*, 181 F.3d 865, 867 (7th Cir. 1999). That responsibility falls to the advocates "to make it easy for the court to rule in [their] favor." *Dal Pozzo v. Basic Machinery Co., Inc.*, 463 F.3d 609, 613 (7th Cir 2006). ***JORITZ v. University of Kansas*, Kan: Court of Appeals (2022).**
2. "A pro se complaint, "however inartfully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." ***Fox v. Malinowski*, Dist. Court, MD Pennsylvania (2019).**
3. "A court may, however, consider exhibits submitted with or alleged in the complaint and matters that may be judicially noticed pursuant to Federal Rule of Evidence 201." **MYMEDICALRECORDS, INC. v. Walgreen Co., Dist. Court, CD California 2014.**

## V. COURTS AND JUDGES MUST PROTECT

1. "State Judges, as well as federal, have a responsibility to respect and protect persons from violations of federal constitutional rights." ***Gross v. State of Illinois*, 312 F. 2d 257 – Court of Appeals, 7th Circuit (1963).**

2. "It is the duty of courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon." ***Byars v. United States*, 273 U.S. 28, 47 S. Ct. 248, 71 L. Ed. 520 – Supreme Court (1927).**

## VI. PRIVATE BUSINESS LIABLILTY

**1.** The 42 U.S.C.§ 654(3)[1] single and separate organizational unit called Office of the Attorney General CSD[2] that operates in the state of Texas is a private business and separate from government. It does not get immunity. *"However, every Federal agency is responsible for responding to a State CSE Program as if the Federal agency were a private business."* **8-41 Federal Manual of Child Support.** *"Each State is required to designate a single and separate organizational unit of State government to administer[3] its child support program. Most States have placed the child support agency within a social or human services umbrella agency which also administers the TANF program."* **8-9 Federal Manual of Child Support.** "When governments enter into the world of commerce, they are subject to the same burdens as any private firm or corporation." ***United States v. Burr*, 159 US 78 – Supreme Court (1895)).**

---

[1] **42 U.S.C. § 654(3)** Provide for the establishment or designation of a **single and separate organizational unit**, which meets such staffing and organizational requirements as the Secretary may by regulation prescribe, within the State to administer the plan;

[2] **45 C.F.R. § 301.1** IV-D Agency means the **single and separate organizational unit in the State** that has the responsibility for administering or supervising the administration of the State plan under title IV-D of the Act.

[3] "The Child Support Division of the Office of the Attorney General (OAG) is the official public child support agency for the state of Texas." **https://www.texasattorneygeneral.gov/child-support/who-we-are**

**2.** Taylor County Domestic Relations Office[4] is the Office of the Attorney General Child Support Division operating in Taylor County masquerading as a government agency. It is a single and separate unit operating in the county. It contacts Texas Child Support Disbursement Unit and it does the child support registry for Taylor County District Courts. It is the agency running the child support program. The Domestic Relations Office website has a direct link to the Office of the Attorney General Child Support Division website. *Administrative Procedure Page 6 A method by which support orders are made and enforced by an executive agency rather than by courts and judges."*

**GLOSSARY OF COMMON CHILD SUPPORT TERMS 2013.**

3. The private business goes into Title IV-D contracts[5] with governmental entities to get them to perform Title IV-D services in return for payment. *"Title IV-D Contract means a mutually binding, legal relationship obligating a private or governmental entity to provide Title IV-D services in a Title IV-D case or perform other administrative duties of the CSEA that pertain to a Title IV-D case in return for payment by the CSEA."* **5101:12-1-80(B)(7) Ohio Child Support Manual.**

---

[4] **Texas Family Code 231.0011 (e)** The Title IV-D agency may phase in the integrated child support registry and enforcement system, and the requirement to implement the system shall be contingent on the receipt of locally generated funds and federal reimbursement. Locally generated funds include but are not limited to funds contributed by counties and cities **(g)** Participation in the statewide integrated system for child support, medical support, and dental support enforcement by a **county is voluntary**, and nothing in this section shall be construed to mandate participation.

[5] **Texas Family Code 231.0011(a)(5)** (a) The Title IV-D agency shall have final approval authority on any contract or proposal for delivery of Title IV-D services (5) ensure accountability for all participants in the process, including state, county, and local officials, private contractors, and the judiciary.

4. Pursuant to 42 U.S.C. § 1983 the Plaintiff proves that the Office of the Attorney General CSD did deprive him of federal rights by its habits and customs. The Plaintiff proves that the services provided by the Office of the Attorney General CSD[6] contributed to the injuries and damages from which he now suffers.

5. Pursuant to 18 U.S.C. § 241 the Plaintiff proves the Office of the Attorney General CSD conspired with Taylor County and its employees to injure, oppress, threaten, and intimidate him for their gain of federal profits called federal funding. "In this regard, the court agrees with the finding in Oliphant, slip op. at 16, that Title IV-D does not clearly require participating states "to provide effective, prompt child support services to all AFDC applicants...." Illinois, like other states which have voluntarily agreed to participate in the AFDC program, are required to offer child support services as a condition of federal funding." ***Mason v. Bradley*, 789 F. Supp. 273 - Dist. Court, ND Illinois (1992).**

6. The Office of the Attorney General CSD[7] is the umbrella agency[8] that employs private Title IV-D contractors who are governmental entities, who perform temporary 45 C.F.R. § 302.34 contract obligations under 45 C.F.R. § 303.107 terms. *"Most States have placed*

---

[6] **Services Provided**: Complete case setup for the Texas State Disbursement Unit, Maintain and provide current payment records, Accept payments in office and forward payments to SDU, Accept address and/or phone number changes, Wage withholding Orders, Child Support services to enforce and/or modify current child support orders. https://www.taylorcountytexas.org/135/Domestic-Relations.

[7] "The Constitution of 1876, which still defines our government, kept the attorney general in the executive branch." ***Saldano v. State*, 70 SW 3d 873 - Tex: Court of Criminal Appeals (2002).**

[8] "An umbrella company is a company that employs agency contractors who work on temporary contract assignments." **Wikipedia.com.**

*the child support agency within a social or human services umbrella agency."* **<u>8-9 Federal Manual of Child Support.</u>**

**VII. MUNICIPAL LIABILITY**

1. The Plaintiff's 1983 claims against Taylor County are not barred by the 11th Amendment. See <u>*Johnson vs. State of New York, Monroe City Child Support Enforcement Unit,* 21 Fed. App'x, 41, 43 (2d Cir. 2001)</u> (citing <u>*Mancuso vs. N.Y.S Thruway Auth.,* 86 F.3d 289, 292, 296 (2d Cir. 1996)</u> holding local government entities[9], including counties[10][11], are not protected from suit by the Eleventh Amendment. "Governments descend to the level of a mere private corporation and takes all the character of a mere private citizen where private commercial paper, notes & securities are concerned, for purposes of suit such corporations and individuals are regarded as an entity entirely separate from the government." ***<u>Clearfield Trust Co. v. United States</u>*****<u>, 318 US 363 – Supreme Court (1943).</u>**

---

[9] "Governmental entity" includes the following entities in the same county as the CSEA: (a) A court; (b) A prosecutor or other law enforcement official; (c) A sheriff; (d) A clerk of court; (e) A recorder's office; (f) A treasurer's office; or (g) Any other public or governmental agency or official. **<u>5101:12-1-80(B)(4) Ohio Child Support Manual.</u>**

[10] **<u>Taylor County Cooperative Agreement Contract Number: 17-C0086 page 27 Section 10.2.1: Independent Contractor</u>.** This Contract shall not render the County an employee, officer or agent of the OAG for any purpose. The County is and shall remain an <u>independent contractor</u> in relationship to the OAG.

[11] **<u>Independent Capacity for the Contractor:</u>** The Contractor and its agents, employees, and subcontractors will act in performance of this IV-D Contract in an independent capacity and not as officers or employees of the <u>State of Ohio</u> or the <u>CSEA.</u> **<u>Ohio Department of Job and Family Services IV-D Contract.</u>**

2. Pursuant to 42 U.S.C. § 1983 the Plaintiff proves that Taylor County and its contracted agents[12] did partake in private[13] contractual[14] Title IV-D activities[15] that contributed to the injuries and damages from which he now suffers. He plausibly proves that he was deprived of federal rights by the municipal policies, usage, habits and customs.

3. The Plaintiff shows how the municipality's private contractual[16] participation contributed to his injures and damages. See *Connick v. Thompson*, 131 S. Ct. 1350, 1359 (2001) ("A municipality or other local government may be liable under this section 1983 if the governmental body itself subjects a man to a deprivation of rights or causes a man to be

---

[12] "Governmental entity" includes the following entities in the same county as the CSEA: (a) A court; (b) A prosecutor or other law enforcement official; (c) A sheriff; (d) A clerk of court; (e) A recorder's office; (f) A treasurer's office; or (g) Any other public or governmental agency or official. **5101:12-1-80(B)(4) Ohio Child Support Manual.**

[13] **Private**: Affecting or belonging to private individuals, as distinct from the public generally. Not official; not clothed with office. *People v. Powell*, 280 Mich. 699, 274 N.W. 372, 373, 111 A.L.R. 721. **Black's Law Dictionary 4th Edition page 1358.**

[14] **Title IV-D Contract** means a mutually binding, legal relationship obligating a private or governmental entity to provide Title IV-D services in a Title IV-D case or perform other administrative duties of the CSEA that pertain to a Title IV-D case in return for payment by the CSEA. **5101:12-1-80(B)(7) Ohio Child Support Manual.**

[15] "In other words, there must always be a cooperative agreement whenever federal Title IV-D funding is being provided to a government entity that is providing Title IV-D services. The cooperative agreement sets forth the services to be provided, the reporting requirements for receiving funding, and must contain a provision that the entity receiving Title IV-D funding will comply with all federal laws and requirements as a condition for receiving the funding." **Self-Represented Litigation Network Resource Guide Page 17-18**

[16] **45 C.F.R. § 302.34** The State plan shall provide that the State will enter into agreements, which are reflected in a record, for cooperative arrangements under § 303.107 of this chapter with **appropriate courts**; law enforcement officials, such as district attorneys, attorneys general, and similar public attorneys and prosecutors; corrections officials; and Indian Tribes or Tribal organizations. Such arrangements may be entered into with a single official covering more than one court, official, or agency, if the single official has the legal authority to enter into arrangements on behalf of the courts, officials, or agencies. Such arrangements shall contain provisions for providing courts and law enforcement officials with pertinent information needed in locating noncustodial parents, establishing paternity and securing support, to the extent that such information is relevant to the duties to be performed pursuant to the arrangement. **They shall also provide for assistance to the IV-D agency in carrying out the program**, and may relate to any other matters of common concern. Under matters of common concern, such arrangements may include provisions for the investigation and prosecution of fraud directly related to paternity and child and spousal support, and provisions to reimburse courts and law enforcement officials for their assistance.

subject to such deprivation") (quoting *Monell v. New York City Dept. of Soc. Servs.*, 436 U.S. 658, 692 (1978); *Cash v. City of Erie*, 654 F.3d 324, 333 2d Cir 2011).

4. In this 1983 claim against the municipality, the Plaintiff disseminates plausible facts proving (1) the existence of the municipal policy custom and practice, (2) that policy, custom or practice contributed to the deprivation and violation of his federal rights. See *Jones v. Town of East Haven*, 691 F.3d 72, 80 (2d Cir 2012); *Bd. Of Comm'rs of Bryan Cnty. v. Brown*, 520 U.S. 397, 403 (1997). Here, the Plaintiff provides essential facts necessary to assert municipal liability claim against Taylor County.

5. Taylor County continually renews the Title IV-D contract willfully[17] and voluntarily[18] each year. The county's act is not single or random. This is a habit and custom that the county does in order to receive federal funding[19] for participating in the program. The county has performed Title IV-D activities and held Title IV-D hearings continually since 2014 until now. So, the county's act is not random. It has a habit of this. "To establish a practice as a policy for § 1983 purposes, Reitz must show that there was "a pattern of abuses that transcends the error made in a single case." *Piotrowski v. City of Houston*,

---

[17] The Supreme Court has defined "willfulness" as the "voluntary, intentional violation of a known legal duty." ***United States v. Bishop*, 412 US 346 - Supreme Court (1973).**

[18] **Texas Family Code 231.0011 (g)** Participation in the statewide integrated system for child support, medical support, and dental support enforcement by a **county is voluntary**, and nothing in this section shall be construed to mandate participation.

[19] "In other words, there must always be a cooperative agreement whenever federal Title IV-D funding is being provided to a government entity that is providing Title IV-D services. The cooperative agreement sets forth the services to be provided, the reporting requirements for receiving funding, and must contain a provision that the entity receiving Title IV-D funding will comply with all federal laws and requirements as a condition for receiving the funding." **Self-Represented Litigation Network Resource Guide Page 17-18**

237 F.3d 567, 582 (5th Cir. 2001). Typically, a single "act is not itself a custom." *Pineda v. City of Houston*, 291 F.3d 325, 329 (5th Cir. 2002). Isolated violations are not usually viewed as the "persistent, often repeated, constant violations, that constitute custom and policy" as required for municipal section 1983 liability. See *Bennett v. City of Slidell*, 728 F.2d 762, 768 n.3 (5th Cir. 1984). Moreover, "[p]rior indications cannot simply be for any and all 'bad' or unwise acts, but rather must point to the specific violation in question." *Estate of Davis ex rel. McCully v. City of N. Richland Hills*, 406 F.3d 375, 383 (5th Cir. 2005) (footnotes and citations omitted)." ***Reitz v. Woods*, Dist. Court, ND Texas (2021).**

6. The Office of the Attorney General CSD and Taylor County, under color of statue, ordinance, regulation, custom, or usage, of this State, Territory and District of Columbia, subjects and causes to be subjected the Plaintiff within the jurisdiction thereof to the deprivation of his inherent and indefeasible rights, privileges and immunities secured by the constitution and laws, and are now liable to him in this action at law, suit in equity or other proper proceeding for redress, to set right the undesirable and unfair IV-D situation.

**7.** The entire Title IV-D process and acts are done under the color of law[20]. The governmental entities keep their governmental titles but are not in official governmental

[20] **Color of Law**: the appearance or semblance, without the substance, of legal right. *State v. Brechler*, 185 Wis. 599, 202 N.W. 144, 148. **Black's Law Dictionary 4th Edition page 331.**

capacity. Title IV-D of the Social Security Act[21] was never enacted into positive law. Non-positive law titles are prima facie[22] evidence. The governmental entities are independent contractors[23] working for the private business the Office of the Attorney General CSD in an independent capacity and not as officers or employees of the State of Texas or Office of the Attorney General CSD[24].

## VIII. CLAIM 1: 18 U.S.C. § 241 CONSPIRACY AGAINST RIGHTS

1. The Defendants by way of cooperative agreement 45 C.F.R. § 302.34 and 45 C.F.R. § 303.107[25][26] deceived the Plaintiff into believing he was participating in a court proceeding[27] under Article 3 § 1 of the U.S. Constitution, when in fact the cooperative

---

[21] By contrast, **Title 42, The Public Health and Welfare, is a non-positive law title**. Title 42 is comprised of many individually enacted Federal statutes—such as the Public Health Service Act and the Social Security Act—that have been editorially compiled and organized into the title, **but the title itself has not been enacted.** The distinction is legally significant. Non-positive law titles are prima facie evidence of the law, but positive law titles constitute legal evidence of the law in all Federal and State courts (1 U.S.C. 204). **POSITIVE LAW CODIFICATION (house.gov).**

[22]**Prima Facie**: Lat. At first sight; on the first appearance; on the face of it; so far as can be judged from the first disclosure; presumably; a fact presumed to be true unless disproved by some evidence to the contrary. *State ex rel. Her- bert v. Whims*, 68 Ohio App. 39, 38 N.E.2d 596, 599. **Black's Law Dictionary 4th Edition page 1353.**

[23] **45 C.F.R. § 75.2** *Contractor* means an entity that receives a contract as defined in *Contract.*

[24] **Ohio IV-D Contract Line 18:** "Independent Capacity of the Contractor: The Contractor and its agents, employees, and subcontractors will act in performance of this IV-D Contract in an **independent capacity** and **not** as officers or employees or agents of the State of Ohio or the CSEA."

[25] **45 C.F.R. § 303.107 Requirements for cooperative arrangements.** (a) Contain a clear description of the specific duties, functions and responsibilities of each party;(b) Specify clear and definite standards of performance which meet Federal requirements;(c) **Specify that the parties will comply with title IV-D of the Act**, implementing Federal regulations and any other applicable Federal regulations and requirements;

[26] **Taylor County Cooperative Agreement Contract Number: 17-C0086 Page 26 Section 10 Terms and Conditions** (10.1.1) Compliance with Law. The County shall comply with all federal and state laws, rules, regulations, requirements and guidelines applicable to the County: (1) performing its obligations hereunder and to assure, with respect to its performances hereunder, that the OAG is fully and completely meeting obligations imposed by all laws, rules, regulations, requirements, and guidelines upon the OAG in carrying out the IV-D program pursuant to Chapter 231 of the Texas Family Code and Title IV, Part D, of the Social Security Act of 1935, as amended;

[27] (1) The court shall certify that all court hearings are conducted in compliance with Title IV-D of the Social Security Act, Pub. L. No. 93-647, 88 Stat. 2351 (1975), 42 U.S.C. 651 (8/22/1996). **5101:12-1-80(E)(1) Ohio Child Support Manual.**

agreement proves the courthouse and its employees were being used to supply the Office of the Attorney General CSD with resources[28] of a courthouse and employees to hold administrative child support proceedings, that are made to look like[29] court proceedings, when it appears to be a clever deception to force the Plaintiff to participate in Title IV-D child support proceedings. "When the United States enters into contract relations, its rights and duties therein are governed generally by the law applicable to contracts between private individuals." ***HIGH POINT, LLLP v. UNITED STATES NATIONAL PARK SERVICE*, Dist. Court, SD Georgia (2015).**

2. The Defendants are in a partnership[30]. *"The Federal Office of Child Support Enforcement (OCSE) in partnership[31] with the States."* **DCL-09-17.** *"In other words, some States still*

---

[28] **Taylor County Cooperative Agreement Contract Number: 17-C0086 page 1 Section 3.1 County Obligation** (3.1.1) The County Shall: (3.1.1.1) Provide physical facilities for County Personnel as necessary to timely process the Qualifying Caseload and to accommodate information system needs, including but not limited to related utility services and physical support. (3.1.1.2) Provide office furniture, equipment and supplies as necessary for County Personnel to perform the duties described herein. (3.1.1.3) Provide County Personnel as necessary to effectively and efficiently administer, including administrative and judicial enforcement of, the Qualifying Caseload in compliance with federal and OAG performance measures and requirements and federal Data Reliability standards.

[29] **Color of Law**: the appearance or semblance, without the substance, of legal right. *State v. Brechler*, 185 Wis. 599, 202 N.W. 144, 148. **Black's Law Dictionary 4th Edition page 331.**

[30] **Partnership**: an association between two or more "persons" to carry on as co-owners of a **business** for profit. **Black's Law Dictionary 4th Edition page 1277.**

[31] "The program was enacted in January 1975 as Part D of Title IV of the Social Security Act (P.L. 93-647). It operates as a robust partnership between the federal government and state and tribal governments." A Good Investment: **https://www.acf.hhs.gov/css/report/child-support-program-good-investment**.

*make a profit*[32][33][34] *on their child support program.* **8-65 Federal Manual of Child Support.** "The Eleventh Circuit held that Title IV-D does not create enforceable rights on behalf of needy families with children because they are not the intended beneficiaries[35][36] of the statute[37]. Title IV-D was intended to benefit the public treasury[38][39];" ***Wehunt v. Ledbetter*, 875 F. 2d 1558 - Court of Appeals, 11th Circuit (1989).**

3. The 326th District Court and Taylor County performed administrative duties for the Office of the Attorney General CSD in return for payment. The Defendants cooperated with the private business by way of contract which obligated the Defendants to provide

---

[32] **Profit:** Gain realized from business or investment over and above expenditures. *Citizens Nat. Bank v. Corl*, 225 N.C. 96, 33 S.E.2d 613, 616. *Fairchild v. Gray*, 242 N.Y.S. 192, 196, 136 Misc. 704. **Black's Law Dictionary 4th Edition page 1376.**

[33] **42 U.S.C. § 658(a) Incentive payments to States** In addition to any other payment under this part, the Secretary shall, subject to subsection (f), make an incentive payment to each State for each fiscal year in an amount determined under subsection (b).

[34] "The first and largest is the Federal Government's commitment to reimburse States for 66 percent of all allowable expenditures on child support activities." **8-60 Federal Manual of Child Support.**

[35] **"Governmental entity"** includes the following entities in the **same county** as the CSEA: **(a) A court**; (b) A prosecutor or other law enforcement official; (c) A sheriff; (d) A clerk of court; (e) A recorder's office; (f) A treasurer's office; or (g) Any other public or governmental agency or official. **5101:12-1-80(B)(4) Ohio Child Support Manual**

[36] **"IV-D contract"** means a mutually binding, legal relationship obligating a private or governmental entity to provide IV-D services in a IV-D case or perform other administrative duties of the CSEA that pertain to a IV-D case in return for **payment** by the CSEA. **5101:12-1-80(B)(7) Ohio Child Support Manual.**

[37] **42 U.S.C. § 654(7)** provide for entering into cooperative arrangements with **appropriate courts** and law enforcement officials and Indian tribes or tribal organizations (as defined in subsections (e) and (l) of section 5304 of title 25) (A) to assist the agency administering the plan, including the entering into of **financial arrangements with such courts and officials** in order to assure optimum results under such program, and (B) with respect to any other matters of common concern to such **courts or officials** and the agency administering the plan;

[38] **Public treasury**: a treasury for government funds. **Www.vocabulary.com**

[39] **(D)** "The Judiciary has enlisted the cooperation of the County Sheriffs and local municipalities to use this form consistently for arrests on child support warrants. Accurate reporting of child support warrant collections **BENEFIT** the **Title IV-D Child Support Program** as well as the **SHERIFFS' TITLE IV-D COOPERATIVE AGREEMENTS**." **Directive #15-08 Administrative Office of the Courts State of New Jersey page 13.**

Title IV-D services which is to assist the agency according to 42 U.S.C. § 654(7) and 45 C.F.R. § 302.34.

4. The Domestic Relations Office offers customer service and is advertising to its customers for service per their website https://www.taylorcountytexas.org/135/Domestic-Relations. It is in partnership with Taylor County running a business for profit[40] along with falsely advertising[41] that child support benefits children when the Supreme Court[42] and lower courts have stated that it was never intended to benefit children.

---

[40] "Attorney General Ken Paxton today announced that the Office of the Attorney General's Child Support Division set a new record by collecting more than $4.8 billion in child support for the state fiscal year 2020. The Child Support Division serves over 1.6 million children and surpassed the previous year's record by ten percent. Texas currently leads the nation in total child support collections - more than 27 other states and territories combined. "I am immensely proud of the hard work and dedication of our Child Support Division to improve the lives of Texas children and ensure that families receive the support they need and deserve," said Attorney General Paxton. "This success is particularly remarkable in light of the challenges the division faced as a result of the COVID-19 pandemic and the closure of physical offices. The Division's performance improves each year and, as such, continues to benefit children across the state." **https://www.texasattorneygeneral.gov/news/releases/ag-paxtons-child-support-division-sets-new-record-collecting-48-billion-texas-children#:~:text=AG%20Paxton%27s%20Child%20Support%20Division,Office%20of%20the%20Attorney%20General.**

[41] "The Child Support Enforcement Program will put children first by helping parents assume responsibility for the economic and social well-being, health and stability of their children. We recognize the value of improved relationships with both parents. The outcomes of this evolving family-centered program are found in the benefits that families receive." A Good Investment: **https://www.acf.hhs.gov/css/report/child-support-program-good-investment.**

[42] "But the requirement that a State operate its child support program in "substantial compliance" with Title IV—D was not intended to benefit individual children and custodial parents, and therefore it does not constitute a federal right. Far from creating an individual entitlement to services, the standard is simply a yardstick for the Secretary to measure the systemwide performance of a State's Title IV—D program. Thus, the Secretary must look to the aggregate services provided by the State, not to whether the needs of any particular person have been satisfied." ***Blessing v. Freestone*, 520 US 329 - Supreme Court (1997).**

5. The 326th District Court[43] and Paul R. Rotenberry[44] performed magistrate services for the Office of the Attorney General CSD under color of authority[45] and color of office[46]. *"A IV-D contract with a court in the same county as the CSEA to provide magistrate services."* **5101:12-1-80(D)(6) Ohio Child Support Manual.** *"The Federal regulations also contain additional requirements related to the expedited process. Proceedings conducted pursuant to either the expedited judicial or expedited administrative process must be presided over by an individual who is not a judge of the court.* **8-20 Federal Manual of Child Support.** The Defendants are coram non-judice. "Coram non judice "invoking" the phrase coram non judice "before a person not a judge" – meaning, in effect, that the proceeding in question was not a judicial proceeding because lawful judicial authority was not present, and could therefore not yield a judgment." ***J. McIntyre Machinery, Ltd. V. Niicastro*, 131 S. Ct. 2780 – Supreme Court (2011).**

---

[43] " When a court lacks jurisdiction in a fundamental sense, an ensuing judgment is void, and thus vulnerable to direct or collateral attack at any time." ***Barquis v. Merchants Collection Assn*, Cal: Supreme Court (1972).**

[44] "The de facto officer doctrine confers validity upon acts performed by a person acting under the color of official title even though it is later discovered that the legality of that person's appointment or election to office is deficient." ***Willy v. ADMINISTRATIVE REVIEW BOARD*, Court of Appeals, 5th Circuit (2005).**

[45] **Color of Authority**: That semblance or presumption of authority sustaining the acts of a public officer which is derived from his apparent title to the office or from a writ or other process in his hands apparently valid and regular. *State v. Oates,* 86 Wis. 634, 57 N.W. 296, 39 Am.St.Rep. 912. **Black's Law Dictionary 4th Edition page 331.**

[46] **Color of Office**: An act unjustly done by the countenance of an office, being grounded upon corruption, to which the, office is as a shadow and color. *Plow. 64. Day v. National Bond & Invest- ment Co.*, Mo.App., 99 S.W.2d 117, 119. **Black's Law Dictionary 4th Edition page 331.**

6. The Defendants used force and coercion[47] to force the Plaintiff to participate in Title IV-D hearings by using threats of driver's license suspension, and arrest[48]. The bailiffs who are participating in the hearings have guns and following the orders of the associate judge as if the hearing was a judicial hearing. During hearings the Plaintiff is under duress incarceration or bodily injury because he does not want to participate in administrative hearings as if they are judicial. "A "person has been 'seized' within the meaning of the Fourth Amendment only if, in view of all of the circumstances surrounding the incident, a reasonable person would have believed that he was not free to leave." *Carroll v. Ellington*, 800 F.3d 154, 170 (5th Cir. 2015) (citing *United States v. Mendenhall*, 446 U.S. 544, 554 (1980)). ***Reitz v. Woods*, Dist. Court, ND Texas (2021).** The Plaintiff is under constant duress[49] of incarceration if he does not cooperate with the void support orders that are not court orders made by a court under Article 3 § 1 of the U.S. Constitution.

---

[47] **Coerce**: Compelled to compliance; constrained to obedience, or submission in a vigorous or forcible manner. *Fluharty v. Fluharty*, 8 W.W.Harr. 487, 193 A. 838, 840. **Coercion:** Compulsion; constraint; compelling by force or arms. *Fluharty v. Fluharty*, Del. Super., 8 W.W.Harr. 487, 193 A. 838, 840; *Santer v. Santer*, 115 Pa.Super. 7, 174 A. 651, 652. **Black's Law Dictionary 4th Edition page 324.**

[48] **(5)(e) Ordering Coercive Incarceration** "When the court orders an obligor to be incarcerated, the obligor must be brought back before the court at least every two weeks to consider the obligor's particular circumstances and whether incarceration is still an effective means to coerce compliance. Since incarceration is coercive rather than punitive, a party must be released when the coercive purpose is deemed to have failed and continued incarceration would be punitive only. *Marshall v. Matthei*, 327 N.J. Super. 512, 527-529 (App. Div. 2000)." **Directive #15-08 Administrative Office of the Courts State of New Jersey page 12.**

[49] "As a general rule, the signer of a written agreement is deemed to be conclusively bound by its terms, in the absence of a showing of fraud, duress or some other wrongful act on the part of a party to the contract". ***Wells Fargo Bank v. Rolon*, 2009 NY Slip Op 31529 - NY: Supreme Court (2009) *citing Pimpinello v. Swift & Co.*, 253 NY 159 [1930].**

7. The Court must take judicial notice of Federal Rules of Evidence 406. The habits and routine of the defendants is governed by the Federal Manual of Child Support and contracts[50] that the Defendants go into. The Defendants still have a current contract going on between one another. The Defendants are still providing Title IV-D services in accordance title IV-D of the Act 45 C.F.R. § 303.107(c). The Office of the Attorney General CSD under 42 U.S.C. § 654(7) still enters into contracts with the county. Taylor County still goes into the contract voluntarily[51][52]. The Supreme Court has defined "willfulness" as the "voluntary, intentional violation of a known legal duty." ***United States v. Bishop*, 412 US 346 - Supreme Court (1973).**

8. The Defendants advertise on the internet highway to its customers which are mothers majority of the time in disguise as being a part of the government providing services. They are a private business *"With customer service and performance measures as guideposts, specific child support resolutions might include revising a lengthy form, automating the application process, starting a paternity campaign at prenatal clinics,*

---

[50] "As we explained in *Pennhurst State School and Hospital v. Halderman*, 451 U. S. 1 (1981), such an agreement is "in the nature of a contract," id., at 17: The State promises to provide certain services to private individuals, in exchange for which the Federal Government promises to give the State funds. In contract law, when such an arrangement is made (A promises to pay B money, in exchange for which B promises to provide services to C), the person who receives the benefit of the exchange of promises between the two others (C) is called a third-party beneficiary". ***Blessing v. Freestone*, 520 US 329 - Supreme Court (1997).**

[51] **Voluntarily**: Done by design or intention, intentional, proposed, intended, or not accidental. *Louisville & N. R. Co. v. Hall*, 223 Ala. 338, 135 So. 466, 471. Intentionally and without coercion. *Young v. Young*, 148 Kan. 876, 84 P.2d 916, 917. **Black's Law Dictionary 4th Edition page 1746.**

[52] **Texas Family Code 231.0011 (g)** Participation in the statewide integrated system for child support, medical support, and dental support enforcement by a **county is voluntary**, and nothing in this section shall be construed to mandate participation.

*making a questionnaire more father-friendly, putting more information out on the web, or adding an option for parents to request text notifications instead of callbacks. Customer service improvements your agency is making might work just as well for your colleagues."* **Child Support Report Office of Child Support Enforcement http://www.acf.hhs.gov/css , Vol. 41 No. 1 January 2019.**

## IX. CLAIM 2: TRIAL BY JURY

1. The Plaintiff demanded a trial by jury by pleadings and numerous affidavits. "The words, "due process of law" were undoubtedly intended to convey the same meaning as the words "by the law of the land," in Magna Charta. Lord Coke, in his commentary on those words (2 Inst. 50), says they mean due process of law. The Constitutions which had been adopted by the several States before the formation of the federal Constitution, following the language of the great charter more closely, generally contained the words, "but by the judgment of his peers, or the law of the land." ***Murray's Lessee v. Hoboken Land & Improvement Co. 59 U.S. 272 (1856)***. "Executive imprisonment has been considered oppressive and lawless since John, at Runnymede, pledged that no free man should be imprisoned, dispossessed, outlawed, or exiled save by the judgment of his peers or by the law of the land." ***Shaughnessy v. United States ex rel. Mezei*, 345 U.S. 206, 218-219 (1953) (dissenting opinion).**

2. The Defendants deprived the Plaintiff of a right to trial by jury guaranteed in the 7th Amendment of the U.S. Const. which states "where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved."

3. The Plaintiff was denied a trial by jury by the Defendants because it is time consuming and theres an advantage to the administrative process according to the Federal Manual of Child Support[53]. The Defendants also state that if the expedited process isn't followed that they would lose federal funds. "CSED asserts that should Montana fail to provide such expedited methods, the state may potentially be subject to a loss of federal funds. ***Seubert v. Seubert*, 13 P. 3d 365 – Montana Supreme Court (2000).**

4. The Defendants held hearings in accordance with Title IV-D of the Social Security Act[54] which does not allow a trial by jury. The executive branch[55] cannot hold a trial by jury or have a judge[56] present. Judges involved in administrative[57] issues become administrative

---

[53] "A major problem of using the courts, however, is that they are often cumbersome, expensive and time consuming. Thus, the advantages of an administrative process are very compelling. These include offering quicker service because documents do not have to be filed with the court clerk nor await the signature of the judge, eliminating time consuming problems in scheduling court appearances, providing a more uniform and consistent obligation amount, and saving money because of reduced court costs and attorney fees." **8-19 Federal Manual of Child Support.**

[54] **45 C.F.R. § 303.107 Requirements for cooperative arrangements.** (a) Contain a clear description of the specific duties, functions and responsibilities of each party;(b) Specify clear and definite standards of performance which meet Federal requirements;(c) **Specify that the parties will comply with title IV-D of the Act**, implementing Federal regulations and any other applicable Federal regulations and requirements;

[55] "To have it any other way would be to destroy the vital marrow of our great concept of government, which is based on three distinct branches-the judicial, the legislative, and the executive." ***Holmby Productions, Inc. v. Vaughn*, 282 P. 2d 412 – Kan: Supreme Court (1955).**

[56] "The Federal regulations also contain additional requirements related to the expedited process. Proceedings conducted pursuant to either the expedited judicial or expedited administrative process must be presided over by an individual who is not a judge of the court." **8-20 Federal Manual of Child Support.**

[57] **Administrative:** In this sense, administrative functions or acts are distinguished from such as are judicial. *People v. Austin*, 46 N.Y.Supp. 526, 20 App.Div. 1. Synonymous with "executive." *Sheely v. People*, 54 Colo. 136, 129 P. 201, 202; *Saint v. Allen*, 126 So. 548, 555, 169 La. 1046. **Black's Law Dictionary 4th Edition page 66.**

officers[58] for the administrative agency. The administrative acts[59] that are performed are for the executive branch therefore judges cannot hold trial by juries. "It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency…" **30 Cal 596; 167 Cal 762.**

## X. CLAIM 3: SEARCH AND SEIZURE

1. Plaintiff's property is protected by the Fourth Amendment[60] against seizure of his property without a warrant. The Fourth Amendment protects the Plaintiff from having is property seized by private individuals. "It is axiomatic that the Fourth Amendment protects against unreasonable searches and seizures by Government officials and those private individuals acting as instruments or agents of the Government." ***US v. Day*, 591 F. 3d 679 – Court of Appeals, 4th Circuit (2010).**

---

[58] **Administrative Officer**: Politically and as used in constitutional law, an officer of the executive department of government, and generally one of inferior rank; legally, a ministerial or executive officer, as distinguished from a judicial officer. *People v. Salsbury*, 134 Mich. 537, 96 N.W. 936. **Black's Law Dictionary 4th Edition page 67.**

[59] **Administrative Acts**: Acts of an officer which are to be deemed as acts of administration. and are commonly called "administrative acts" and classed among those governmental powers properly assigned to the executive department, are those acts which are necessary to be done to carry out legislative policies and purposes already declared by the legislative body or such as are devolved upon it by the organic law of its existence. *Ex parte McDonough*, 27 Cal.App.2d 155, 80 P.2d 485, 487. **Black's Law Dictionary 4th Edition page 66.**

[60] "The Fourth Amendment protects the "right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures." U.S. Const. amend. IV. When a government actor restrains the liberty of a citizen "by means of physical force or show of authority," such restraint qualifies as a seizure which triggers Fourth Amendment protections. *Graham v. Connor*, 490 U.S. 386, 395 n.10 (1989) (quoting *Terry v. Ohio*, 392 U.S. 1, 19 n.16 (1968))." ***Reitz v. Woods*, Dist. Court, ND Texas (2021).**

2. The Plaintiff presented the Defendants several times with evidence that they did not have a valid court order or warrant recorded in the Taylor County Clerk's Office as commanded by the Texas Constitution[61]. The Plaintiff asked the Defendants numerous times to present a valid court order under the 4th Amendment. The Defendants could not present a valid court order. They would refuse to present a court order or just not respond to the demands of numerous affidavits.
3. The Defendants make their own orders without the court because they are a single and separate unit. *Administrative Procedure Page 6 A method by which support orders are made and enforced by an executive agency rather than by courts and judges."* **GLOSSARY OF COMMON CHILD SUPPORT TERMS 2013.** *"Since Sept. 1, 1997, the Office of the Attorney General's Child Support Division (OAG-CSD) has used its authority to issue administrative IWOs directly to employers* ***without*** *having to request issuance by the clerk of the court".* **Child Support Handbook for Employers Version**

[61] **Texas Local Government Code: Sec. 191.001. COUNTY RECORDER; SEAL; GENERAL DUTIES**. (a) As provided by **Tex. Const. Art. V, § 20**, the **county clerk** of a county serves as the **county recorder**. (b) The **county clerk** shall use the county court seal to authenticate all of the clerk's official acts as county recorder. **Sec. 193.001 MANNER OF RECORDING** (d) The clerk shall certify under the clerk's signature and seal of office the date and time that the instrument is recorded and the specific location in the records at which the instrument is recorded.

**3.0 page 40.** The orders made by the Defendants are void and lack a judicial signature[62] according to 28 U.S.C. § 1691[63].

4. The Defendants conspired to make the Plaintiff believe that he was part of a judicial[64] hearing which made the support order a court order under Article 3 § 1 U.S. Constitution with their own judge. The Essential for Attorneys Chapter 6[65] speaks of surrogate[66] judges which sometimes are called hearing officers[67]. These are non-judicial persons and require a judge signature to make the order valid. Their orders are absolutely void. See *Virginia v. Rives*, 100 US 313- Supreme Court (1880) which states that coram non judice

---

[62] "Thus, the advantages of an administrative process are very compelling. These include offering quicker service because documents do not have to be filed with the court clerk nor await the signature of the judge, eliminating time consuming problems in scheduling court appearances, providing a more uniform and consistent obligation amount, and saving money because of reduced court costs and attorney fees." **8-19 Federal Manual of Child Support.**

[63] **28 U.S.C. § 1691** Seal and teste of process All writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof.

[64] "Specifically, you described situation where the Office of the Texas Attorney General has an agreement with the Texas State Board of Regional Judges (the Board) which provides reimbursement for the Board's expenses in overseeing the Texas title IV-D expedited processes system. The Board is acting in a strictly administrative capacity and performs no judicial or fact-finding function." **OCSE-PIQ-90-01.**

[65] **Expedited judicial processes:** Expedited judicial processes are systems in which judge surrogates make judicial decisions. Judge surrogates are referred to by various titles, including masters, referees, commissioners, magistrates, and hearing officers. The decision-making occurs within the traditional judicial system as an extension or tier of the court. Judge surrogates examine evidence, take testimony, and enter findings or make recommendations for case disposition. In many jurisdictions, a judge must approve the order. **ESSENTIALS FOR ATTORNEYS IN CHILD ENFORCEMENT CHAPTER 6**

[66] "Surrogate" derives from the Latin word 'Surrogatus', which means substitute, i.e., a person elected to act in place of another. **Lloydlawcollege.edu.in.**

[67] "As the district court found, "the bench warrant would not have been officially withdrawn until the **district court judge's signature is entered and it is filed**…The district court took judicial notice of the unfiled order vacating the bench warrant, **signed by a hearing officer but not a district court judge**. The district court found that although the hearing officer's order showed the warrant had been withdrawn—and Posa had a right to believe it was withdrawn—the warrant remained active in the court record until the district court signed and filed it several hours after Posa's arrest." ***State v. POSA*, Kan: Court of Appeals (2021).**

orders are absolutely void. The Defendants already know the orders are void because their own manual teaches them this.

5. The Defendants violate the separation of powers[68] doctrine[69] by issuing orders from the executive branch that are equal[70] to the judicial branch. *"Orders established by expedited process must have the same force and effect under State law as orders established by full judicial process, although either process may provide that a judge first ratify[71] the order."* **8-20 Federal Manual of Child Support.**

6. The Defendants issue their own orders known as income withholding orders which are incomplete written instruments[72] that they instruct the Plaintiff's employers to accept

---

[68] **Tex. Const. Art. 2 Sec. 1** The powers of the Government of the State of Texas shall be divided into three distinct departments, each of which shall be confided to a separate body of magistracy, to wit: Those which are Legislative to one; those which are Executive to another, and those which are Judicial to another; and no person, or collection of persons, being of one of these departments, shall exercise any power properly attached to either of the others, except in the instances herein expressly permitted.

[69] "The Separation of powers doctrine acknowledges that each branch of government has its own functions and powers. The Legislature makes the laws, the executive branch executes the laws, and the judicial branch construes the laws. A violation of the separation of powers doctrine occurs when one branch usurps or intrudes on the powers of another branch." ***State V. Hunt,* Kan: Court of Appeals (2021)**.

[70] "The court of appeals ruled the administrative process unconstitutional, relying on the separation of powers doctrine. We affirm the court of appeals and hold that the administrative process is unconstitutional because it violates separation of powers." **"In determining that the administrative child support process was unconstitutional, the court of appeals relied on the separation of powers doctrine.** The court of appeals first posited that the executive branch is not to interfere with the courts in their exercise of judicial power." "The administrative child support process' current structure violates the constitutional constraints on separation of powers for three separate and independent reasons." ***Holmberg v. Holmberg*, 588 NW 2d 720 - Minn: Supreme Court 1999.**

[71] **Ratify**: the word "ratify" should be limited to the final approval of a **voidable transaction** by one who theretofore had the optional right to relieve himself from its obligations. ***Cosden Oil & Gas Co. v. Hendrickson*, 96 Okl. 206, 221 P.86, 89. Black's Law Rev. 4th Edition Page 1489.**

[72] **UCC § 3-115. INCOMPLETE INSTRUMENT** (a) "Incomplete instrument" means a signed writing, whether or not issued by the signer, the contents of which show at the time of signing that it is incomplete but that the signer intended it to be completed by the addition of words or numbers.

regular on its face[73][74]. *"Since Sept. 1, 1997, the Office of the Attorney General's Child Support Division (OAG-CSD) has used its authority to issue administrative IWOs directly to employers without having to request issuance by the clerk of the court".* **Child Support Handbook for Employers Version 3.0 page 40.** The income withholding orders are not in accordance with 28 U.S.C. § 1691 and the judicial signature box does not have a signature. This is a violation of the 4th Amendment and Tex. Const. Art. 1 § 9[75]. "Rather, the State Board of Insurance, upon finding **a statutory violation**, is empowered to stop such unlawful practices by means of a cease and desist order." ***Russell v. Hartford Cas. Ins. Co.*, 548 SW 2d 737 - Tex: Court of Civil Appeals, 3rd Dist. (1977).**

7. The Income withholding order is a mere direction with no obligatory force. 31 U.S.C. § 3720(f)(1)(a) The employer of an individual (A) shall pay the head of an executive,

---

[73] Regular on its face: Review the order to determine if it is "regular on its face." "Regular on its face" is a legal term that means you should look at the document and if the document looks like an official legal document, it is "regular on its face." **A Guide to an Employer's Role in the Child Support Program June 2015 page 4-12.**

[74] **Regular on its face**: Process is "regular on its face" when it proceeds from a court, officer, or body having authority of law to issue process of that nature, and is legal in form and contains nothing to notify or fairly apprise any one that it is issued without authority. *Pankewicz v. Jess*, 27 Cal.App. 340, 149 P. 997, 998. See, also, *Allen v. Cooling*, 161 Minn. 10, 200 N.W. 849, 851 (promissory note). **Black's Law Dictionary 4th Edition page 1451.**

[75] "Once the defendant has made this showing, the burden of proof shifts to the State, which is then required to establish that the search or seizure was conducted pursuant to a warrant or was reasonable. ***Williams v. State*, Tex: Court of Appeals, 2nd Dist. (2018).**

judicial, or legislative agency as directed[76][77] in a withholding order issued in an action under this section with respect to the individual, and. The notice that accompanied by the income withholding order is not mandatory.

8. The Defendants only administer administrative orders that are without force. *"In October 2017, Isaac faced contempt on an administrative support order that was established when he was homeless."* Child Support Report Office of Child Support Enforcement http://www.acf.hhs.gov/css , Vol. 41 No. 1 January 2019. Taylor County Domestic Relations Office Services Provided: Wage withholding Orders, Child Support services to enforce and/or modify current child support orders. https://www.taylorcountytexas.org/369/Services-Provided.

## XI. CLAIM 4 & 5: DUE PROCESS/SELF INCRIMINATION

1. The Plaintiff shall not be compelled to be a witness against himself, nor be deprived of life, liberty, or property unless by Due Process of Law; nor shall private property be taken for public use, without just compensation guaranteed by the Fifth Amendment.

---

[76] **Directory**: a "provision" in a statute, rule of procedure or the like which is a mere direction or instruction of no obligatory force, and involving no invalidating consequence for its disregard, as opposed to an imperative or mandatory "provision" that must be followed. *In re Opinion of the Justices*, 124 Me. 453, 126 A. 354, 363. **Black's Law Dictionary 4th Edition page 547.**

[77] **Provision**: foresight of the chance of an event happening, sufficient to indicate that any present undertaking upon which its assumed realization might exert a natural and proper influence was entered upon in full contemplation of it as a future possibility. *Appeal of Blake*, 95 Conn. 194, 110 A. 833, 834. **Black's Law Dictionary 4th Edition page 1465.**

2. The Defendants did not give the Plaintiff notice, orally or through the use of video or audio equipment, and in writing of the legal consequences[78] that arise from signing the voluntary acknowledgment of paternity under 42 U.S.C. § 666(a)(5)(C)(i)[79] as they must according to 45 C.F.R. 303.101(C)(2)[80]. The Defendants did not advise the Plaintiff of his right to remain silent before the signing of the voluntary acknowledgment of paternity. "The police did not effectively advise him of his right to remain silent. ***Miranda v. Arizona*, 384 US 436 - Supreme Court (1966).** It is a general practice for the Defendants to conceal that by signing the voluntary acknowledgment of paternity that the Plaintiff is waiving his inherent rights, privileges and immunities so secured by the Constitution and by conspiracy and operation of law that will subject him to involuntary servitude.

---

[78] Wage withholding; regular billings; delinquency notices; liens on property; offset of unemployment compensation payments; seizure and sale of property; reporting arrearages to credit agencies; garnishment of wages; seizure of State and Federal income tax refunds; revocation of various types of licenses (drivers', business, occupational, recreational) to persons who are delinquent in their child support payments; attachment of lottery winnings and insurance settlements of debtor parents; and Federal imprisonment, fines or both. **8-32 Federal Manual of Child Support.**

[79] **42 U.S.C. § 666(a)(5)(C)(i)** Voluntary paternity acknowledgment.—Simple civil process.—Procedures for a simple civil process for voluntarily acknowledging paternity under which the State must provide that, before a mother and a putative father can sign an acknowledgment of paternity, the mother and the putative father must be given notice, orally, or through the use of video or audio equipment, and in writing, of the alternatives to, the legal consequences of, and the rights (including, if 1 parent is a minor, any rights afforded due to minority status) and responsibilities that arise from, signing the acknowledgment.

[80] **45 C.F.R. 303.101(C)(2)** Safeguards. Under expedited processes: The due process rights of the parties involved must be protected.

3. It is a general practice for the Defendants to conceal[81] that participation in child support program is voluntary. There is nothing mandatory[82][83][84] about it which is why it is done under color of law. If they would disclose[85] that upfront no one would participate in the administrative hearings that are being disguised as judicial hearings. As the Supreme Court stated "The Title IV-D program is Congress' carefully tailored scheme." ***Blessing v. Freestone*, 520 US 329 - Supreme Court (1997).**

4. The Defendants compelled the Plaintiff to witness against himself by signing the acknowledgment. *"Paternity establishment is a prerequisite for obtaining a child support*

---

[81] "The learning conversation in negotiating child support agreements begins with listening – parents listening to agency representatives and agency staff listening to parents. However, listening may be challenging for parents and agency staff. Parents may approach the agency with anger, anxiety, worry about themselves and their children, and even hostility toward the situation in which they find themselves. The challenge of creating trust and rapport with parents under these circumstances requires empathetic communication. Empathetic communication starts with active listening, a different and more powerful way of hearing one another. It has a specific purpose beyond hearing the words of the speaker. That additional purpose is to assure the speaker that they have been heard. For the parent who speaks, agency negotiators engaged in active listening demonstrate that they value the parent and care enough to listen. Negotiators are, in effect, saying "I respect you. I want to understand this from your perspective, even if it is different from my own." Listening in this way, negotiators create, in turn, a willingness in the parents themselves to listen with respect and empathy when it becomes the agency negotiators' time to talk. In this way, active listening encourages reciprocal, respectful communication." **7-8 – 7-9 Essentials for Attorneys in Child Support Enforcement 7.**

[82] **Texas Family Code 231.0011 (g)** Participation in the statewide integrated system for child support, medical support, and dental support enforcement by a **county is voluntary**, and nothing in this section shall be construed to mandate participation.

[83] "Although state participation in the Social Security Act itself is mandatory, participation by a state in the IV-D program is **voluntary**." ***Wehunt v. Ledbetter*, 875 F. 2d 1558 - Court of Appeals, 11th Circuit (1989).**

[84] "In this regard, the court agrees with the finding in Oliphant, slip op. at 16, that Title IV-D does not clearly require participating states "to provide effective, prompt child support services to all AFDC applicants...." **Illinois, like other states which have voluntarily** agreed to participate in the AFDC program, **are required to offer child support services as a condition of federal funding**." ***Mason v. Bradley*, 789 F. Supp. 273 - Dist. Court, ND Illinois (1992).**

[85] Because informed consent is an essential part of reaching agreements, agency staff should ensure parents are aware of the issues and impact of potential decisions. Underlying informed decision-making is the practical consideration that parents are more likely to live up to the commitments they make in agreements when they understand what they have agreed to and the consequences of the agreement. **7-6 Essentials for Attorneys in Child Support Enforcement 7.**

*order. Without paternity established, children have no legal claim on their fathers' income."* **8-15 Federal Manual of Child Support.** The Defendants need paternity established to deprive the Plaintiff of his property. Self-incrimination is encouraged so the Defendants can benefit because they have a quote[86] to maintain in order to get federal funding. Paternity establishment through voluntary acknowledgement of paternity is the device that the Plaintiff was put under duress and coercion into signing when their very own manual[87] forbids it. The Defendants use threats of drivers' license suspension, default judgment and arrest to coerce the Plaintiff into witnessing against himself by acknowledging paternity. The signing of the voluntary acknowledgement was not voluntary because the Plaintiff was not signing with informed consent.

5. The Defendants did violate the due process right of the Plaintiff because the expedited hearings must be presided over by an individual who is not a judge of the court. The 326th District Court and Paul R. Rotenberry are both to be impartial, but they are not because their salaries are depended upon the case. "But it certainly violates the Fourteenth Amendment, and deprives a defendant in a case of due process of law, to subject his

---

[86] "The purpose of an expedited administrative process is to increase effectiveness and meet specified processing times in child support cases and paternity actions. Federal regulations specify that 90 percent of cases must be processed within 3 months, 98 percent within 6 months, and 100 percent within 12 months. **8-20 Federal Manual of Child Support.**

[87] "A parent who has been subjected to family violence, or who fears it, may feel coerced in the negotiation process. Because coercion or duress undermines voluntariness, such a parent cannot give truly voluntary consent to an agreement. **Coercion and duress render any purported consent ineffective. It is important that voluntary consent be informed consent.** To give effective consent to a child support agreement, parents must understand the basis of the agreement and its impact on them and their family. Consequently, education about the child support process and about the agreement itself must precede consent. On the practical side, voluntariness also encourages payment of support because parents are more likely to pay a support amount to which they have agreed, even when the agreed-to amount is based on the jurisdiction's child support guidelines. **7-4 – 7-5 Essentials for Attorneys in Child Support Enforcement 7.**

liberty or property to the judgment of a court the judge of which has a direct, personal, substantial, pecuniary interest in reaching a conclusion against him in his case." ***TUMEY v OHIO* 273 U.S. 510 Supreme Court (1927).**

6. The Defendants did not provide the Plaintiff with a trial by jury as stated by the Supreme Court in matter ***Murray's Lessee v. Hoboken Land & Improvement Co. 59 U.S. 272 (1856)*** that due process is a trial by jury.

7. The court and judge surrogate are clerks for the executive agency totally separate from the judicial branch. Therefore, the Plaintiff never got a day in an Article 3 § 1 court before a judicial judge in the judicial branch. He was never heard, and his pleadings never read. "The due process clause requires that every man shall have the protection of his day in court, and the benefit of the general law, a law which hears before it condemns, which proceeds not arbitrarily or capriciously but upon inquiry, and renders judgment only after trial, so that every citizen shall hold his life, liberty, property and immunities under the protection of the general rules which govern society. *Hurtado v. California,* 110 U.S. 516, 535. It, of course, tends to secure equality of law in the sense that it makes a required minimum of protection for every one's right of life, liberty and property, which the Congress or the legislature may not withhold." ***Truax v. Corrigan*, 257 US 312 - Supreme Court (1921).**

## XII. CLAIM 6: INVOLUNTARY SERVITUDE/FORCED LABOR

1. The Plaintiff has immunity from involuntary servitude according to the 13th Amendment of the U.S. Constitution. Involuntary servitude and forced labor[88] were abolished under 42 U.S.C. § 1994[89] and 18 U.S.C. § 1589. The Plaintiff is forced to work for the benefits of the Defendants who benefit from his labor[90]. "Title IV-D was intended to benefit the public treasury and taxpayers by reducing the present and future welfare rolls" ***Wehunt v. Ledbetter*, 875 F. 2d 1558 - Court of Appeals, 11th Circuit (1989).** The Plaintiff was under duress and forced to participate in legal process[91] by threat of default judgment, driver's license suspension, and arrest.

2. The Plaintiff demanded a copy of Personal Responsibility Contract[92], loan agreement[93] and court order which gave the Defendants authority to deprive the Plaintiff of his property and force him into forced labor to benefit the Defendants. The Defendants could

---

[88] "Peonage, however [defined], is compulsory service, involuntary servitude. The peon can release himself therefrom, it is true, by the payment of the debt, but otherwise the service is enforced. A clear distinction exists between peonage and voluntary performance of labor or rendering of services in payment of a debt. [For] the latter case the debtor, though contracting to pay his indebtedness by labor or service, and subject like any other contractor to an action for damages for breach of that contract, can elect at any time to break it, and no *law or force* compels performance or a continuance of the service. (197 U.S. 215-216, 25 S.Ct. 430) (emphasis added). ***Abraham v. Beatrice Foods Co.*, 418 F. Supp. 1384 - Dist. Court, ED Wisconsin (1976).**

[89] **Peonage:** The state or condition of a peou as above defined; a condition of enforced servitude, by which the servitor is restrained of his liberty and compelled to labor in liquidation of some debt or obligation, real or pretended, against his will. Peonage Cases (D. C.) 123 Fed. 071; *In re Lewis (C. C.)* 114 Fed. 903 ; *U. S. v. McClellan (D. C.)* 127 Fed. 971; Rev. St. U. S. **Black's Law Dictionary 4th Edition page 1291.**

[90] "Chief among such contracts is that of personal employment by which labor and other services are exchanged for money or other forms of property" ***Coppage v. Kansas*, 236 U.S. 1 – Supreme Court (1915).**

[91] **42 U.S.C. § 659(i)** (5) Legal process The term "legal process" means any writ, order, summons, or other similar process in the nature of garnishment—**(A)**which is issued by—**(i)** a court or an administrative agency of competent jurisdiction in any State, territory, or possession of the United States;

[92] **42 U.S.C. § 603(a)(5)(C)(iii)(III)** In the case of a noncustodial parent who becomes enrolled in the project on or after the date of the enactment of this clause, the noncustodial parent is in compliance with the terms of an **oral or written personal responsibility contract** entered into among the noncustodial parent, the entity;

[93] **42 U.S.C. § 666(5)(H) "default "** (A)the term "default" means the failure of a borrower of a loan made under this part to— (i)make an installment payment when due; or (ii)comply with any other term of the promissory note for such loan,

not provide either. The Defendants willfully[94] refused to not provide the documents or respond when 31 C.F.R. § 285.11(f)(8) states that the Defendants must provide proof.

3. The Defendants used trickery[95], deceit[96], misrepresentation, and force to force the Plaintiff to work for the benefit of the Defendants. The Defendants know exactly when the forced labor and deprivation of rights will take place. *"Paternity establishment is a prerequisite for obtaining a child support order. Without paternity established, children have no legal claim on their fathers' income."* **8-15 Federal Manual of Child Support.** The Defendants acts aren't random[97][98] they are willful and purposeful. Without paternity established there cannot be forced labor[99] under 18 U.S.C. § 1589. Another

---

[94] "The Supreme Court has defined "willfulness" as the "voluntary, intentional violation of a known legal duty." ***United States v. Bishop*, 412 US 346 - Supreme Court (1973)**.

[95] "A claim for fraudulent inducement encompasses the same elements as a claim for common law fraud, but also requires an additional element that the misrepresentation at issue was made with specific intent to "induce another to enter into a contract" when the person had "no duty to enter into the contract". ***Goldstein v. Murland*, 2002 WL 1371747, at *1 E.D. Pa. June 24, (2002).**

[96] "Increasingly child support agencies are using negotiation techniques in order to reach an agreement between the parties. Child support attorneys may be involved in these negotiations, which include both parties. Chapter Seven of this Guide discusses negotiation techniques. This section focuses on the interview of an individual person for the purpose of obtaining information and preparing for a hearing. Avoid making the parent wait for the interview to begin. Greet the parent in the waiting area and escort the parent to the interview location. It is important to use normal "ice-breaking techniques" such as spending a minute or two on pleasantries. Be mindful of introductions so as not to appear overly authoritative. As a transition between the pleasantries and the interview, consider spending some time asking the parent positive questions about their background; this increases the parent's self-esteem and personalizes the interview." **8-4 – 8-5 Essentials for Attorneys in Child Support Enforcement 8.**

[97] "By contrast, a state employee's [random and unauthorized act] does not violate due process "if" a meaningful post deprivation remedy is available; when the government cannot "predict" precisely when the loss will occur, it would be impossible to provide a meaningful hearing before the deprivation of property." **See *Hudson v. Palmer*, 468 U.S. 517, 533 (1986); *Parratt v. Taylor*, 451 U.S. 527, 540-43 (1981),** overruled in part on other grounds by ***Daniels v. Williams*, 474 U.S. 327, 220-31 (1986)**; See also ***Hellenic Am. Neighborhood Action Comm. V. City of New York*, 101 F.3d 877, 882 (2nd Cir. 1996).**

[98] "Title IV-D contains no private remedy – either judicial or administrative – through which aggrieved persons can seek redress." ***Blessing v. Freestone*, 520 US 329 – Supreme Court (1997).**

[99] **42 U.S.C. § 603(a)(5)(C)(iii)(III)** (bb) A commitment by the noncustodial parent to cooperate in the payment of child support for the minor child, which may include a modification of an existing support order to take into account the ability of the noncustodial parent to pay such support and the participation of such parent in the project. (cc) A commitment by the noncustodial parent to participate in employment or related activities that will

misrepresentation is the statement "*without paternity established, children have no legal claim on their fathers' income.*" This is statement is false because it is not the children that claims or takes the fathers' income. It is the Defendants that make a claim and takes the fathers' income because it is intended to benefit[100] them.

4. The Defendants on purpose misrepresented the law and deceived the Plaintiff into thinking he was participating in an Article 3 § 1 of the U.S. Constitution and Tex. Const. Art. 5 § 1 court hearing and that the order was issued from the court and by a judge. This is a customary habit that the Defendants deceive unsuspecting victims this way because they need the victim to participate in the proceeding.

## XIII. CLAIM 7: EQUAL PROTECTION OF LAW

**1.** The Plaintiff has the right to equal protection of law[101] under the 14th Amendment. The Plaintiff was targeted because someone applied for services which were designed to inflicted harm against him. The services provided automatically violate the Plaintiff's equal protection of law because its sole purpose is to attack the father[102] of the child

---

enable the noncustodial parent to make regular child support payments, and if the noncustodial parent has not attained 20 years of age, such related activities may include completion of high school, a general equivalency degree, or other education directly related to employment. (dd) A description of the services to be provided under this paragraph, and a commitment by the noncustodial parent to participate in such services, that are designed to assist the noncustodial parent obtain and retain employment, increase earnings, and enhance the financial and emotional contributions to the well-being of the minor child.

[100] "The Supreme Court held that "the requirement that a State operate its child support program in substantial compliance with Title IV-D was not intended to benefit individual children and custodial parents, and therefore it does not create a federal right." ***Hill v. San Francisco Housing Authority*, 207 F. Supp. 2d 1021 - Dist. Court, ND California, (2002).**

[101] "To state a claim under 42 USC § 1983 for a violation of the Equal Protection Clause of the Fourteenth Amendment a plaintiff must show that the defendants acted with an intent or purpose to discriminate against the plaintiff based upon membership in a protected class". ***Buckley v. Alameida*, Dist. Court, ED California (2011).**

[102] **Child Support Enforcement Agency:** The agency that exists in every state or tribe to locate noncustodial parents or putative fathers; establish, enforce, and modify child support orders; and collect and

without proof of an injury in fact. The man is treated differently and given no protection. *"One of the most important parts of a child support case is establishing paternity—i.e., legal fatherhood."* https://www.texasattorneygeneral.gov/child-support/get-started/how-child-support-works.

2. The Plaintiff is not given the same equal protection as the mother, custodial parent. The mother is given the ability to close the case at will in 45 CFR § 303.11(12)[103]. This is not given to the man so he is treated differently. The Plaintiff tried to get the case closed with several pleadings and affidavits. "The guaranty [of equal protection] was aimed at undue favor and individual or class privilege, on the one hand, and at hostile discrimination or the oppression of inequality on the other. It sought an equality of treatment of all persons, even though all enjoyed the protection of due process." ***State ex rel. Babbitt v. Pickrell,*** **545 P. 2d 936 - Ariz: Supreme Court (1976).**

3. The Title IV-D hearings are presided over by an individual[104] who is not a judge. That individual's salary is derived from issuing void orders against the Plaintiff in return for payment. "But it certainly violates the Fourteenth Amendment, and deprives a defendant in a case of due process of law, to subject his liberty or property to the judgment of a court the judge of which has a direct, personal, substantial, pecuniary interest in reaching

---

distribute child support money. The agency is operated by state, tribal or local government according to the Child Support Enforcement program guidelines as set forth in Title IV-D of the Social Security Act. Also known as a "IV-D Agency." **Child Support Glossary of Common Terms.**

[103] **45 C.F.R. § 303.11(12)** The non-IV-A recipient of services requests closure of a case and there is no assignment to the State of medical support under 42 CFR 433.146 or of arrearages which accrued under a support order;

[104] **42 U.S.C. § 1301(a)(3)** The term "person" means an individual, a trust or estate, a partnership, or a corporation.

a conclusion against him in his case."- ***TUMEY v OHIO* 273 U.S. 510 Supreme Court (1927).**

## XIV. ROOKER FELDMAN AND YOUNGER ABSTENTION DOCTRINE

**1.** The two doctrines cannot be applied to this case because there is not a state court judgment. The 326th District Court[105] is a Title IV-D franchise court operating by contract[106] for the executive branch that cannot hear constitutional issues. It is not a court of equity. It is a private contractor[107] separate from government according to the contract[108] under 45 C.F.R. § 302.34, 42 U.S.C. § 654(7) and 45 C.F.R. § 303.107. It can only hear Title IV-D cases and perform the terms of the contract that is obligated to. It does not have any judicial power[109][110] and operates in a private capacity for the executive

---

[105] "A IV-D contract with a court in the same county as the CSEA to provide magistrate services." **5101:12-1-80(D)(6) Ohio Child Support Manual.**

[106] As we explained in *Pennhurst State School and Hospital v. Halderman*, 451 U. S. 1 (1981), such an agreement is "**in the nature of a contract**," id., at 17: The State promises to provide certain services to private individuals, in exchange for which the Federal Government promises to give the State funds. In contract law, when such an arrangement is made (A promises to pay B money, in exchange for which B promises to provide services to C), the person who receives the benefit of the exchange of promises between the two others (C) is called a third-party beneficiary". ***Blessing v. Freestone*, 520 US 329 - Supreme Court (1997).**

[107] **Ohio IV-D Contract Line 18:** "Independent Capacity of the Contractor: The Contractor and its agents, employees, and subcontractors will act in performance of this IV-D Contract in an **independent capacity** and **not** as officers or employees or agents of the State of Ohio or the CSEA."

[108] "The state IV-D agency may contract with other state agencies, local jurisdictions, and for profit and nonprofit service providers to provide child support services to parents. The state agency or the local jurisdictions may also contract with other governmental entities such as law enforcement agencies and the state courts to provide Title IV-D services. Federal law requires a written cooperative agreement that details the services to be provided and the mechanisms for providing funding for the services." **Self-Represented Litigation Network Resource Guide Page 17**

[109] "Specifically, you described situation where the Office of the Texas Attorney General has an agreement with the Texas State Board of Regional Judges (the Board) which provides reimbursement for the Board's expenses in overseeing the Texas title IV-D expedited processes system. The Board is acting in a strictly administrative capacity and performs no judicial or fact-finding function." **OCSE-PIQ-90-01.**

[110] "The ripeness requirement emanates, in part, from the separation of powers provision set out in article II, section 1 of the Texas Constitution. Under the separation of powers doctrine, courts are without jurisdiction to issue advisory opinions because such is the function of the executive department, not the judiciary." ***Mayhew v. Town of Sunnyvale*, 964 SW 2d 922 - Tex: Supreme Court (1998).**

agency[111] located in the executive branch. "When the United States enters into contract relations, its rights and duties therein are governed generally by the law applicable to contracts between private individuals." ***HIGH POINT, LLLP v. UNITED STATES NATIONAL PARK SERVICE*, Dist. Court, SD Georgia (2015).**

**2.** The Plaintiff was induced into a personal responsibility contract that he had no duty to enter in. The private contractor forced the Plaintiff into the contract by trickery and duress[112]. Upon entering the personal responsibility contract the other rights the plaintiff had were broken. "A claim for fraudulent inducement encompasses the same elements as a claim for common law fraud, but also requires an additional element that the misrepresentation at issue was made with specific intent to "induce another to enter into a contract" when the person had "no duty to enter into the contract". ***Goldstein v. Murland*, 2002 WL 1371747, at *1 E.D. Pa. June 24, (2002).**

---

[111] Administrative Procedure Page 6 A method by which support orders are made and enforced by an executive agency rather than by courts and judges." **GLOSSARY OF COMMON CHILD SUPPORT TERMS 2013.**

[112] "As a general rule, the signer of a written agreement is deemed to be conclusively bound by its terms, in the absence of a showing of fraud, duress or some other wrongful act on the part of a party to the contract". ***Wells Fargo Bank v. Rolon*, 2009 NY Slip Op 31529 - NY: Supreme Court (2009) *citing Pimpinello v. Swift & Co.*, 253 NY 159 [1930].**

**3.** The Office of the Attorney General CSD[113] is not a state agency[114]. It is an extension of the Federal Office of Child Support[115]. It is a single and separate unit and a private business housed in the executive branch. *"However, every Federal agency is responsible for responding to a State CSE Program as if the Federal agency were a private business."* **8-41 Federal Manual of Child Support.** *"Each State is required to designate a single and separate organizational unit of State government to administer its child support program. Most States have placed the child support agency within a social or human services umbrella agency which also administers the TANF program."* **8-9 Federal Manual of Child Support.**

**4.** Taylor County and the 326th District Court are responsible to the child support agency not the State of Texas or Constitution. "*The individuals involved in the IV-D contract process have acted with prudence considering the individuals' responsibilities to the CSEA; and"*. **5101:12-1-80(B)(14)(d) Ohio Child Support Manual.**

---

[113] "The Child Support Division of the Office of the Attorney General (OAG) is the official public child support agency for the state of Texas." **https://www.texasattorneygeneral.gov/child-support/who-we-are**

[114] "The state must establish a single statewide agency that is responsible for the Title IV-D child support program in the state. The agency may be a standalone state agency or department or may be part of a larger state agency or department. This statewide child support agency is the sole point of contact for the federal government and the entity through which federal Title IV-D funding flows." **Self-Represented Litigation Network Resource Guide Page 17**

[115] "The Federal statute requires the national child support program to be administered by a separate organizational unit under the control of a person designated by and reporting directly to the Secretary of the U.S. Department of Health and Human Services (HHS). Presently, this office is known as the Federal Office of Child Support Enforcement (OCSE)." **8-5 Federal Manual of Child Support.**

5. Title IV-D is not law it operates based on federal provisions[116][117]. It does not apply to anyone who hasn't contracted into it. Part of this complaint is dealing with being induced into a contract[118] that the Plaintiff had no duty to enter into it. Family law is a treaty[119][120] which a contract[121]. It only affects people[122] that are contracted into it.

---

[116] **N.J.A.C. 10:110-1A.1 Definitions** "**Federal provisions**" means statutes, regulations, the Child Support State Plan submitted and maintained by OCSS to the Federal Office of Child Support Enforcement (OCSE), and other applicable issuances of that Office, such as, but not limited to Action Transmittals, Information Memoranda, Dear Colleague Letters, Policy Interpretation Questions, as well as Technical Correspondence, used by OCSE to convey Child Support Program and related program interface materials and information, policies, interpretations and procedures to the state and Indian Tribe/Tribal organization child support enforcement agencies.

[117] "Without distinguishing among the numerous provisions of this complex program." ***Blessing v. Freestone*, 520 US 329 - Supreme Court (1997).**

[118] "A claim for fraudulent inducement encompasses the same elements as a claim for common law fraud, but also requires an additional element that the misrepresentation at issue was made with specific intent to "induce another to enter into a contract" when the person had "no duty to enter into the contract". ***Goldstein v. Murland*, 2002 WL 1371747, at *1 E.D. Pa. June 24, (2002).**

[119] The Hague Convention of 23 November 2007 on the International Recovery of Child Support and Other Forms of Family Maintenance, known as the Hague Child Support Convention (Convention), came into force in the United States on January 1, 2017. While the Convention is the "law of the land" and binding on the states, it is not a "self-executing" treaty. Although treaties are generally implemented through federal legislation, as family law is traditionally a state matter, the Convention was implemented in the U.S. through state law, the Uniform Interstate Family Support Act (UIFSA) 2008. To ensure consistent application of the Convention, Congress directed that all states enact UIFSA 2008. Once every U.S. state had enacted UIFSA 2008, the President signed the U.S. instrument of ratification and deposited this instrument on September 7, 2016, with the Ministry of Foreign Affairs of the Kingdom of the Netherlands, depository for the Hague Conference. **Hague Child Support Convention: Judicial Guide May 2018 page 5.**

[120] **Treaty**: A compact made between two or more independent nations with a view to the public welfare. *Louis Wolf & Co. v. United States*, Cust. & Pat.App., 107 F.2d 819, 827; *United States v. Belmont*, N.Y., 57 S.Ct. 758, 761, 301 U.S. 324, 81 L. Ed. 1134. An agreement, league, or contract between two or more nations or sovereigns, formally signed by commissioners properly authorized, and solemnly ratified by the several sovereigns or the supreme power of each state. *Edye v. Robertson*, 5 S.Ct. 247, 112 U.S. 580, 28 L.Ed. 798; *Ex parte Ortiz*, C.C.Minn., 100 F. 962; *Charlton v. Kelly*, 33 S.Ct. 945, 954, 29 S.Ct. 447, 57 L.Ed. 1274, 46 L.R.A., N.S., 397. **Black's Law Dictionary 4th Edition page 1673-1674.**

[121] "As we explained in *Pennhurst State School and Hospital v. Halderman*, 451 U. S. 1 (1981), such an agreement is "in the nature of a contract," ***Blessing v. Freestone*, 520 US 329 - Supreme Court (1997).**

[122] (7) A IV-D contract with a court in the same county as the CSEA for probation officer services to provide enforcement duties that target only individuals placed on probation for non-payment of child support when the enforcement duties of the probation officer are: **5101:12-1-80(D)(7) Ohio Child Support Manual**

6. *"OCSE[123] is the federal government agency that oversees the national child support program." "Under the leadership of **Commissioner Tanguler Gray**, we help child support agencies[124] in states and tribes develop, manage, and operate their programs according to federal law[125] using effective child support enforcement tools." "**OCSE does not provide services[126] directly to families.** We partner[127128] with state[129], tribal and local child support agencies and others to encourage parental responsibility so that children[130] receive financial, emotional, and medical support from both parents, even when they live in separate households."* https://www.acf.hhs.gov/css/about.

7. The Defendants have policies, customs, and habits of providing child support services. They must establish paternity in order to get a support order and claim on people's income. Paternity establishment is a contract. *"One of the most important parts of a child support case is establishing paternity—i.e., legal fatherhood."*

---

[123] "The Federal statute requires the national child support program to be administered by a separate organizational unit under the control of a person designated by and reporting directly to the Secretary of the U.S. Department of Health and Human Services (HHS). Presently, this office is known as the Federal Office of Child Support Enforcement (OCSE)." **8-5 Federal Manual of Child Support.**

[124] "Each State is required to designate a single and separate organizational unit of State government to administer its child support program." **8-9 Federal Manual of Child Support.**

[125] **45 C.F.R. § 303.107 Requirements for cooperative arrangements.** (a) Contain a clear description of the specific duties, functions and responsibilities of each party;(b) Specify clear and definite standards of performance which meet Federal requirements;(c) **Specify that the parties will comply with title IV-D of the Act**, implementing Federal regulations and any other applicable Federal regulations and requirements;

[126] "Market prices for comparable goods or services have been considered;" **5101:12-1-80(B)(14)(c) Ohio Child Support Manual**

[127] **Partnership**: an association between two or more "persons" to carry on as co-owners of a **business** for profit. **Black's Law Dictionary 4th Edition page 1277.**

[128] "However, every Federal agency is responsible for responding to a State CSE Program as if the Federal agency were a private business." **8-41 Federal Manual of Child Support.**

[129] "The Federal Office of Child Support Enforcement (OCSE) in partnership with the States." **DCL-09-17.**

[130] "That a State operates its child support program in `substantial compliance' with Title IV-D was not intended to benefit individual children and custodial parents, and therefore it does not constitute a federal right." ***Benn v. County of Los Angeles*, Cal: Court of Appeal, 2nd Appellate Dist., 7th Div. (2007).**

https://www.texasattorneygeneral.gov/child-support/get-started/how-child-support-works. "To establish a practice as a policy for § 1983 purposes, Reitz must show that there was "a pattern of abuses that transcends the error made in a single case." *Piotrowski v. City of Houston*, 237 F.3d 567, 582 (5th Cir. 2001). Typically, a single "act is not itself a custom." *Pineda v. City of Houston*, 291 F.3d 325, 329 (5th Cir. 2002). Isolated violations are not usually viewed as the "persistent, often repeated, constant violations, that constitute custom and policy" as required for municipal section 1983 liability. See *Bennett v. City of Slidell*, 728 F.2d 762, 768 n.3 (5th Cir. 1984). Moreover, "[p]rior indications cannot simply be for any and all 'bad' or unwise acts, but rather must point to the specific violation in question." *Estate of Davis ex rel. McCully v. City of N. Richland Hills*, 406 F.3d 375, 383 (5th Cir. 2005) (footnotes and citations omitted)." ***Reitz v. Woods*, Dist. Court, ND Texas (2021).**

## XV. JURY DEMANDED

1. Plaintiff demands a jury on all issues to be tried in this matter.

## XVI. PRAYER

1. WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Defendants be cited to appear and answer herein, and that on final trial, Plaintiff have judgment against the Defendants for:
2. The Defendants terminate the Title IV-D case # 47,539-C and #0012984352 with prejudice.
3. The Office of the Attorney General CSD remove reports on the Plaintiff's credit report.

4. All damages to which the Plaintiff may be entitled to this Original Complaint, or an amendment thereto, including but not limited to past collections, present collections, future collections that were collected on and after this Complaint was filed, .66 cents for every dollar that was collected from the Federal Government for Title IV-D services;,
5. Past, present and future mental suffering;
6. Compensatory damages, including, but not limited to, emotional distress;
7. Punitive damages in an above the minimum jurisdictional limits of the Court;
8. Costs of Court; and
9. Such other and future relief, at law or in equity, to which Plaintiff may be entitled, whether by this Original Complaint or by proper amendment thereto.

Garioun Martin being duly sworn deposes and says that he suffers from injuries and damages intentionally inflicted for profit by the 42 U.S.C.§ 654(3) single and separate unit Office of the Attorney General Child Support Division, the 45 C.F.R. § 302.34 contractor Taylor County and the 45 C.F.R. § 302.34 contractor 326th District Court and I have read the foregoing filed and find all facts stated therein are true.

Dated this day 10 of March, 2023.

Respectfully Submitted,
Garioun Martin

Garioun Martin
315 Walnut Street
P.O. Box 912
Naples, Texas 75568
Apophisgm2@icloud.com
(903) 285-8981